Young and Others *v.* The State Bank.

ERROR to the *Owen* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed with costs, for the reasons given in the previous case of the same parties, this day decided, (1) and involving the

same questions.  Cause remanded for further proceed-
ings.

    *C. P. Hester* and *D. Wallace*, for the plaintiffs.

    *A. Kinney* and *S. B. Gookins*, for the defendant.

(1) See the next preceding case.